**Order entered February 26, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01055-CV

### VIRTUOLOTRY, LLC AND RICHARD BOYD, Appellants

### V.

### WESTWOOD MOTORCARS, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14833**

## ORDER

This appeal was abated December 2, 2019 due to bankruptcy. Asserting the Bankruptcy Court signed an order on February 3, 2021 terminating the automatic stay so the appeal may proceed, appellee has filed a motion to reinstate the appeal. *See* TEX. R. APP. P. 8.3(a). Appellants initially opposed the motion, but by letter filed February 25, 2021 have withdrawn their opposition.

We **GRANT** the motion and **REINSTATE** the appeal. As it appears the appellate record is complete, we **ORDER** appellants to file their brief no later than March 29, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE